IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CHRISTINA L. MENDOZA,

    Plaintiff,

v.

COMMISSIONER
Social Security Administration,

    Defendant.

Civ. No. 6:18-cv-00224-MK

ORDER FOR PAYMENT OF
ATTORNEY FEES PURSUANT
TO EAJA

KASUBHAI, Magistrate Judge:

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,604.21 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be via check made payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Katherine Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program. There are no costs or expenses to be paid herein.

Dated this 30th day of September 2019.

MUSTAFA T. KASUBHAI
United States Magistrate Judge